**United States District Court**
**District of Connecticut**

| | |
|---|---|
| Chase Crossroads Waterford Square LLC, ) | |
| *Plaintiff* ) | FILED |
| v. ) | Oct 28  2 47 PM '03 |
| ) | U.S. DISTRICT COURT |
| ) | NEW HAVEN, CONN. |
| ) | D.N.: 03-CV-432(GLG) |
| The May Department Stores Company, ) | |
| *Defendant* ) | October 27, 2003 |

## MOTION TO MODIFY SCHEDULING ORDER

Defendant The May Department Stores Company ("May"), by its undersigned counsel, hereby respectfully moves, pursuant to Rule 11(b) of the Local Civil Rules of this Court, for a modification of the scheduling order in this case such that all time limits are expanded by sixty days.

In support of this motion, May makes this particularized showing of good cause:

1. Counsel for the plaintiff, Mark Rosenblum, has been consulted and consents to this motion.

2. This action is a claim by the plaintiff landlord on a lease guaranty of commercial space in a shopping center. The parties previously revised the Scheduling Order in this case in order to change the order in which expert witnesses would be disclosed, putting the burden on defendant May, as the alleged guarantor of the tenant's obligations under the lease, to disclose its expert witnesses first. Under the current scheduling order, May must disclose all trial experts and provide opposing counsel with reports from retained experts no later than October 31, 2003.

3. In order to retain and disclose experts, May must first receive and review documents produced by the plaintiff and depose a representative of the plaintiff with respect to the leasehold

Motion GRANTED on consent
Gerard L. Goettel, USDJ
10/31/03