UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------X
CHASE CROSSROADS WATERFORD       :
SQUARE, LLC,                     :
                                 :
         Plaintiffs,             :     **ORDER**
                                 :
     -against-                   :
                                 :     3: 03 CV 432 (GLG)
THE MAY DEPARTMENT STORES CO.,   :
                                 :
         Defendant.              :
----------------------------------X

FILED
Nov 6  2 52 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

    To clarify this Court's Order of October 31, 2003 granting the motion to modify the scheduling order [**Doc. #13**], the deadlines are as follow:

    Discovery deadlines to March 30, 2004

    Dispositive Motions due April 30, 2004

    Trial Memorandum due 120 days after discovery ends on March 30, 2004 or thirty (30) days after the Court's ruling on any dispositive motions.

    **SO ORDERED.**

Dated:    **November 5, 2003**
          **Waterbury, CT**

                                    Gerard L. Goettel
                                        U.S.D.J.