UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHASE CROSSROADS WATERFORD : | |
| WATERFORD SQUARE, LLC : | |
|     Plaintiff : | |
|   vs. : | Case No. 303 CV 0432 GLG |
| : | |
| THE MAY DEPARTMENT STORES : | |
| COMPANY : | |
|     Defendant : | January 14, 2004 |

**MOTION FOR PERMISSION TO FILE AMENDED ANSWER**

    Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the defendant, The May Department Stores Company, hereby moves for permission to file the proposed Amended Answer attached hereto as Exhibit 1 as its Amended Answer. In support of this request, the defendant represents that: (1) this is the first such request, and (2) justice so requires.

    A supporting memorandum is attached to this request.

                                    **THE DEFENDANT**
                                      **THE MAY COMPANY DEPARTMENT STORES**

                                    **By**_____
                                          **Jeffrey J. Tinley**
                                          **Tinley, Nastri, Renehan & Dost**
                                          **60 North Main Street, 2nd floor**
                                          **Waterbury, CT  06702**
                                          **(203)  596-9030**
                                          **Facsimile (203) 596-0036**
                                          **e-mail: jtinley@tnrdlaw.com**
                                          **Federal Bar No. 00765**

## **Certification**

      I certify that on January 14, 2003, I mailed, postage prepaid, the foregoing request and exhibit to:

        Mark Rosenblum, Esq.
        David Heinlein, Esq.
        Rogin, Nassau, Caplan, Lassman & Hirtle
        Cityplace I, 22nd Floor
        185 Asylum St. Hartford, CT 06103-3460

                                                          _____
                                                             Jeffrey J. Tinley