UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*:
CHASE CROSSROADS WATERFORD :
SQUARE, LLC : Case No. 303 CV 0432 (GLG)
      PLAINTIFF :
       :
V. :
       :
THE MAY DEPARTMENT STORES :
COMPANY :
      DEFENDANT : January 29, 2004
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S MOTION FOR LEAVE
TO SERVE ADDITIONAL DISCOVERY**

      Pursuant to Federal Rules of Civil Procedure 26(b)(2), the plaintiff, Chase Crossroads Waterford Square, LLC ("Chase"), by its undersigned counsel, hereby moves the Court for leave to serve additional discovery upon the defendant, The May Department Stores Company ("May"), and for good cause states as follows:

      (1)    Defendant May has filed a Motion for Permission to File Amended Answer ("Motion to Amend") dated January 14, 2004, seeking to add five (5) Affirmative Defenses.

- 1 -

(2) Plaintiff Chase cannot determine from the conclusory allegations what facts support the proposed new Affirmative Defenses.

(3) If the Court grants May's Motion to Amend, plaintiff must serve additional interrogatories and production requests to determine the basis for May's new Affirmative Defenses, and may need to take one or more depositions of May's representatives.  A copy of the plaintiff's proposed Second Set of Interrogatories and Requests for Production is attached hereto, made a part hereof and marked Exhibit "1".

**WHEREFORE,** if May's Motion to Amend is granted, plaintiff requests leave to serve its Second Set of Interrogatories and Requests for Production directed at defendant's new Affirmative Defenses, and requests an appropriate extension of the Scheduling Order to accommodate this request as well as any further discovery associated therewith.

                                                CHASE CROSSROADS WATERFORD SQUARE, LLC

                                                By     /s/ Mark A. Rosenblum
                                                        Mark A. Rosenblum [ct01086]
                                                        ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC
                                                        CityPlace I, 22nd Floor, 185 Asylum Street
                                                        Hartford, CT  06103-3460
                                                        Tel. No.: (860) 278-7480
                                                        Fax No.: (860) 278-2179
                                                        E-mail: mrosenblum@roginlaw.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid, on the 29th day of January, 2004 to the following:

Jeffrey J. Tinley, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT 06702

Richard B. Korn, Esq.
The May Department Stores Company
Office of Legal Counsel
611 Olive Street
St. Louis, MO  63101-1799

                                          /s/ Mark A. Rosenblum
                                          Mark A. Rosenblum