**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------X
CHASE CROSSROADS WATERFORD     :
WATERFORD SQUARE, LLC,         :
                               :
        Plaintiff,             :         ORDER
                               :
     -against-                 :
                               :         3:03 CV 432 (GLG)
THE MAY DEPARTMENT STORES CO., :
                               :
        Defendant.             :
------------------------------X
```

Defendant's Motion for Permission to File Amended Answer [Doc. #16] is **granted**.

        **SO ORDERED.**

**Dated:     February 17, 2004**
**            Waterbury, CT**                        /s/
                                              **Gerard L. Goettel**
                                                  **U.S.D.J.**