**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------X
CHASE CROSSROADS WATERFORD         :
SQUARE, LLC,                       :
                                   :
        Plaintiff,                 :        ORDER
                                   :
    -against-                      :
                                   :        3: 03 CV 432 (GLG)
THE MAY DEPARTMENT STORES CO.,     :
                                   :
        Defendant.                 :
-----------------------------------X
```

Plaintiff's Motion for Leave to Serve Additional Discovery [Doc. #18] is **granted**.

    **SO ORDERED.**

**Dated:**  **February 17, 2004**
         **Waterbury, CT**                    _____/s/_____
                                                           **Gerard L. Goettel**
                                                             **U.S.D.J.**