# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Chase Crossroads Waterford Square LLC,** ) | |
| *Plaintiff* ) | |
| v. ) | D.N.: 03-CV-432 (GLG) |
| **The May Department Stores Company,** ) | |
| *Defendant* ) | February 5, 2004 |

## MOTION TO MODIFY SCHEDULING ORDER

Defendant The May Department Stores Company ("May"), by its undersigned counsel, hereby respectfully moves, pursuant to Rule 11(b) of the Local Civil Rules of this Court, for a modification of the scheduling order in this case such that the following time limits are extended:

- To extend the time limit for amending pleadings to January 31, 2004
- To extend the time limit for May to disclose its expert witnesses by thirty (30) days, to January 31, 2004 and to make a corresponding extension of the time for plaintiff Chase Crossroads Waterford Square, LLC ("Chase") to disclose its experts to March 15, 2004.

Counsel for May has consulted with counsel for Chase, but has been unable to determine Chase's position with respect to this motion. Chase's counsel has advised that the person at Chase with whom he must consult in this matter has been unavailable. Chase's counsel has advised further that he will articulate Chase's position in a written response to this motion.

In support of this motion, May states as follows:

1. Neither of these extensions will delay the trial in this matter, nor should they require the extension of any other deadlines set by the Court. The discovery cutoff date of March 31,

-1-

*Motion GRANTED in the absence of opposition.*
*Gerard L. Goettel, USDJ*
*2-26-04*