UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*:
CHASE CROSSROADS WATERFORD    :
SQUARE, LLC                   :    Case No. 303 CV 0432 (GLG)
      PLAINTIFF              :
                              :
V.                            :
                              :
THE MAY DEPARTMENT STORES     :
COMPANY                       :
      DEFENDANT              :    March 5, 2004
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT MOTION TO MODIFY SCHEDULING ORDER

The plaintiff, Chase Crossroads Waterford Square, LLC ("Chase"), hereby moves, pursuant to Rule 11(b) of the Local Civil Rules of this Court, for a modification of the Court's current Scheduling Order, and in support thereof states as follows:

(1)   Counsel for defendant, The May Department Stores Company ("May"), Jeffrey J. Tinley, Esq., has been consulted and consents to this motion to set new scheduling deadlines as follows:

    (a)   plaintiff shall have until April 30, 2004 to disclose its expert(s);

    (b)   discovery be extended until June 15, 2004; and

    (c)   all dispositive motions shall be filed by July 30, 2004.

(2)  This action is a claim by the plaintiff landlord on a lease guaranty of commercial space in a shopping center.  The parties previously revised the Court's Scheduling Order to change the order of disclosure of expert witnesses, and then modified the Scheduling Order again to extend discovery once they had worked out a suitable confidentiality order.

(3)  On November 5, 2003, the Court issued a "clarification" of its order to modify the Scheduling Order, *inter alia*, setting a discovery deadline of March 30, 2004.

(4)  On January 14, 2004, the plaintiff filed a Motion for Permission to File an Amended Answer, adding five additional Affirmative Defenses.  The Court granted the defendant's Motion by its Order of February 17, 2004.

(5)  For its part, plaintiff filed a Motion for Leave to Serve Additional Discovery on January 29, 2004 in order to unearth facts relating to defendant's new Affirmative Defenses.  Plaintiff also requested an extension of time in a new Scheduling Order to conduct further discovery of defendant's Affirmative Defenses.  Plaintiff's Motion was granted by the Court on February 17, 2004.

(6)  On February 5, 2004, defendant filed a further Motion to Modify the Scheduling Order to, *inter alia*, permit May to disclose its experts to January 31, 2004 and for Chase to disclosure its experts by March 15, 2004.  Absent objection, this Motion was granted by the Court on February 26, 2004.

(7)     In accordance with the Scheduling Order then in effect, defendant disclosed its expert witness on January 30, 2004.  Plaintiff duly took defendant's expert's deposition on February 27, 2004, although the deposition was not completed at that time and is subject to being reconvened at a mutually convenient time and place.

(8)     Because the deposition of defendant's expert was not concluded on February 27, 2004, and because further factual discovery is needed beyond March 30, 2004 in order to determine the basis for defendant's newly asserted Affirmative Defenses, the parties request that the Scheduling Order be further amended to permit the parties time to finish their factual discovery relating to defendant's new Affirmative Defenses and to disclose plaintiff's experts and conclude the experts' depositions of both sides.

(9)     To accomplish these purposes, the parties propose that new scheduled deadlines be set as follows:  (a) plaintiff shall have until April 30, 2004 to disclose its expert(s); (b) discovery shall be extended until June 15, 2004; and (c) all dispositive motions shall be filed by July 30, 2004.

As indicated, both sides have consented to the entering of an Order granting this Motion.

        CHASE CROSSROADS WATERFORD SQUARE, LLC

By   /s/ Mark A. Rosenblum
Mark A. Rosenblum [ct01086]
ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC
CityPlace I, 22nd Floor, 185 Asylum Street
Hartford, CT  06103-3460
*Tel. No.: (860) 278-7480*
*Fax No.: (860) 278-2179*
E-mail: mrosenblum@roginlaw.com

- 4 -

## **CERTIFICATION**

      This is to certify that a copy of the foregoing Consent Motion to Modify Scheduling Order was mailed by first-class mail, postage prepaid, on this 5th day of March, 2004 to the following counsel of record:

Jeffrey J. Tinley, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT 06702

Richard B. Korn, Esq.
The May Department Stores Company
Office of Legal Counsel
611 Olive Street
St. Louis, MO  63101-1799

          By:   /s/ Mark A. Rosenblum
                Mark A. Rosenblum

- 5 -

W:\Public\MRosenblum\Chase Crossroads - May Company\Pleadings\Consent Motion to Modify Scheduling Order 3-2004.doc
3/5/04 9:51 AM