**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------X
CHASE CROSSROADS WATERFORD         :
SQUARE, LLC,                       :
                                   :
        Plaintiff,                 :         ORDER
                                   :
    -against-                      :
                                   :         3: 03 CV 432 (GLG)
THE MAY DEPARTMENT STORES CO.,     :
                                   :
        Defendant.                 :
-----------------------------------X
```

The Motion to Modify the Scheduling Order [Doc. #26] is **granted.** The new scheduling deadlines are as follows:

- Plaintiff disclosing its experts          April 30, 2004
- Discovery completed                       June 15, 2004
- Dispositive Motions filed                 July 30, 2004

**SO ORDERED.**

**Dated:    March 10, 2004**
**         Waterbury, CT**                          /s/
                                            **Gerard L. Goettel**
                                                **U.S.D.J.**