UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

MAR 24  2 23 PM '04

CHASE CROSSROADS WATERFORD : CIVIL ACTION NO.
SQUARE, LLC, : 3:03CV00432 (GLG)
:
Plaintiff, :
:
VS. :
:
THE MAY DEPARTMENT STORES : MARCH 23, 2004
COMPANY, :
:
Defendant. :

### APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT AT WATERBURY

Please enter my appearance as attorney for the plaintiff, **CHASE CROSSROADS WATERFORD SQUARE, LLC**, in the above-entitled action.

Dated at West Hartford, Connecticut on this the 23rd day of March, 2004.

PLAINTIFF,
CHASE CROSSROADS WATERFORD
SQUARE, LLC

By _____
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Federal Bar No. ct06215

## CERTIFICATION

This is to certify that on the 23rd day of March, 2004, a copy of the foregoing was served upon:

Mark A. Rosenblum, Esquire
David J. Heinlein, Esquire
Rogin, Nassau, Caplan, Lassman & Hirtle, LLC
CityPlace I, 22nd Floor
185 Asylum Street
Hartford, CT 06103-3460

Jeffrey J. Tinley, Esquire
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT 06702-1403

Richard P. Weinstein

WCLIENTS\CHASE\MAY DEPT STORES\APPEAR RPW\PBE