**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
*******************************************:
CHASE CROSSROADS WATERFORD        :
SQUARE, LLC                       :        Case No. 303 CV 0432 (GLG)
         PLAINTIFF                :
                                  :
V.                                :
                                  :
THE MAY DEPARTMENT STORES         :
COMPANY                           :
         DEFENDANT                :        March 24, 2004
*******************************************
```

## WITHDRAWAL OF APPEARANCES

Please withdraw the appearances of David J. Heinlein, Esq., Barry S. Feigenbaum, Esq. and

Mark A. Rosenblum, Esq. as counsel for plaintiff in the above-captioned matter, as new counsel has

appeared on its behalf.

> CHASE CROSSROADS WATERFORD
> SQUARE, LLC
>
> By _____/s/ Mark A. Rosenblum_____
> Mark A. Rosenblum [ct01086]
> ROGIN, NASSAU, CAPLAN, LASSMAN &
> HIRTLE, LLC
> CityPlace I, 22nd Floor, 185 Asylum Street
> Hartford, CT  06103-3460
> Tel. No.: (860) 278-7480
> Fax No.: (860) 278-2179
> E-mail: mrosenblum@roginlaw.com

- 1 -

**CERTIFICATION**

This is to certify that a copy of the foregoing Withdrawal of Appearances was mailed by first-class mail, postage prepaid, on the 24th day of March, 2004 to the following:

Jeffrey J. Tinley, Esq.
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT 06702

Richard P. Weinstein, Esq.
Weinstein & Wisser, P.C.
29 South Main Street #207
West Hartford, CT 06107

/s/ Mark A. Rosenblum
Mark A. Rosenblum

W:\Public\MRosenblum\Chase Crossroads - May Company\Pleadings\Withdrawal of Appearances 3-2004.doc
3/24/04 11:28 AM