UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APR 5   1 44 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| CHASE CROSSROADS WATERFORD SQUARE, LLC, | : | CIVIL ACTION NO. 3:03CV00432 (GLG) |
| Plaintiff, | : | |
| V. | : | |
| THE MAY DEPARTMENT STORES COMPANY, | : | APRIL 2, 2004 |
| Defendant. | : | |

### MOTION FOR MODIFICATION OF SCHEDULING ORDER BY CONSENT

The plaintiff in the above-entitled matter hereby moves the Court to amend the Scheduling Order as follows:

**Proposed Deadline**

Plaintiff's disclosure of expert on or before June 30, 2004

WHEREFORE, the parties request that the modification of the Scheduling Order be approved by the Court.

- 1 -

PLAINTIFF,

By _____
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Telephone No. (860) 561-2628
Federal Bar No. ct06215

### CERTIFICATION

This is to certify that on the 2nd day of April, 2004, a copy of the foregoing was served upon:

Mark A. Rosenblum, Esquire
David J. Heinlein, Esquire
Rogin, Nassau, Caplan, Lassman & Hirtle, LLC
CityPlace I, 22nd Floor
185 Asylum Street
Hartford, CT 06103-3460

Jeffrey J. Tinley, Esquire
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT 06702-1403

_____
Richard P. Weinstein

CHASE\MAY DEPT STORES\MOT MOD SCH ORD\LMV