**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
```
------------------------------X
CHASE CROSSROADS WATERFORD    :
SQUARE, LLC,                  :
                              :
        Plaintiff,            :           ORDER
                              :
    -against-                 :
                              :       3: 03 CV 432 (GLG)
THE MAY DEPARTMENT STORES CO.,:
                              :
        Defendant.            :
------------------------------X
```

The Motion for Withdrawal of Appearances [Doc. #29] is **granted.**

    **SO ORDERED.**

**Dated:   April 14, 2004**
         **Waterbury, CT**                    _____/s/_____
                                                    **Gerard L. Goettel**
                                                      **U.S.D.J.**