**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
-----------------------------------X
CHASE CROSSROADS WATERFORD        :
SQUARE, LLC,                      :
                                  :
          Plaintiff,              :        **ORDER**
                                  :
     -against-                    :
                                  :        **3: 03 CV 432 (GLG)**
THE MAY DEPARTMENT STORES CO.,    :
                                  :
          Defendant.              :
-----------------------------------X

The Motion to Modify the Scheduling Order [Doc. #30] is **granted.** The plaintiff's disclosure of expert is due on or before June 30, 2004. The Court also extends the Dispositive Motions deadline to August 31, 2004.

          **SO ORDERED.**


**Dated:    April 15, 2004**
          **Waterbury, CT**          _____
                                         **/s/**
                                     **Gerard L. Goettel**
                                         **U.S.D.J.**