# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHASE CROSSROADS | : | |
| WATERFORD SQUARE LLC | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3-03-cv-432 (JCH) |
| v. | : | |
| | : | |
| MAY DEPARTMENT STORES CO. | : | JUNE 22, 2004 |
|     Defendant | : | |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____   All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_\_   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_____   A ruling on the following motion(s) which are currently pending (orefm.):

\_\_\_√\_\_\_   A settlement conference (orefmisc./cnf).

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 22nd day of June, 2004.

                                                      /s/ Janet C. Hall
                                                    Janet C. Hall
                                                    United States District Judge