UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 SEP -7 P 12: 41

| | | |
|---|---|---|
| CHASE CROSSROADS WATERFORD SQUARE, LLC, | : | CIVIL ACTION NO. 3:03CV00432 (JCH) |
| Plaintiff, | : | |
| V. | : | |
| THE MAY DEPARTMENT STORES COMPANY, | : | SEPTEMBER 2, 2004 |
| Defendant. | : | |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER BY CONSENT

The plaintiff in the above-entitled matter hereby moves the Court to amend the Scheduling Order as follows:

**Proposed Deadline**

Completion of expert depositions by September 30, 2004

The reason for said request is that the last expert to be deposed, Daniel Zelson, was not available for his deposition prior to August 31, 2004. Mr. Zelson has already been deposed by the plaintiff as defendant's expert, but has not been deposed as plaintiff's expert by the defendant, since plaintiff disclosed Mr. Zelson as an expert on July 21, 2004.

WHEREFORE, the parties request that the modification of the Scheduling Order be approved by the Court.

- 1 -

PLAINTIFF,

By /s/
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Telephone No. (860) 561-2628
Federal Bar No. ct06215

## CERTIFICATION

This is to certify that on the 2nd day of September, 2004, a copy of the foregoing was served upon:

Jeffrey J. Tinley, Esquire
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT 06702-1403

Richard P. Weinstein

CHASE\MAY DEPT STORES\MOT MOD SCH ORD 2\LMV