UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHASE CROSSROADS WATERFORD SQUARE LLC, | : | |
| | : | |
| v. | : | CIV NO. 03CV432 ( |
| | : | |
| MAY DEPT. STORES CO. | : | |

**ORDER**

    A settlement conference was held on September 20, 2004 to discuss the pending issues and to negotiate a settlement between Chase Crossroads and May Dept. Stores. After the conference, and with consent of the parties, the Court ordered the following.

    Plaintiff and Defendant agreed to a continue the settlement conference during the week of January 18th, 2005. The settlement conference has been scheduled for January 19, 2005 at 10:00am.

    Plaintiff has agreed to submit a demand and damages analysis directly to defendant thirty days prior to January 19, 2005.

    Defendant has agreed to submit a response to Plaintiff one week prior to the January 19, 2005 settlement conference.

    Plaintiff and Defendant have agreed that if the case does not settle on January 19, 2005, there will be a period of thirty days during which each party will be permitted to complete discovery before trial.

As of this date, Plaintiff has agreed to immediately submit an update to the defendant on the status of the negotiation with Lowes, the local approval process, and negotiations with plaintiff's lender. This update will come via letter and will include all necessary supplemental material and documents. Further, as of this date, Plaintiff has agreed to submit periodic updates directly to the defendant in intervals not to exceed every thirty days. These updates will come via letter from Plaintiff to Defendant and include all necessary supplemental material.

The parties have agreed to and will communicate directly.

Plaintiff and Defendant have agreed there may be the need to complete additional discovery that may result from the aforementioned updates.

So ORDERED at Bridgeport this 20th day of September 2004.

_/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE