```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
```

CHASE CROSSROADS WATERFORD      :
SQUARE LLC                      :
                                :
                                :
v.                              :        CIV. NO. 3:03CV432(JCH)
                                :
MAY DEPT. STORES CO.            :
                                :

SCHEDULING ORDER

On April 29, 2005, the parties reported that they engaged in a fruitful discussion regarding the exchange of documents and damages analysis provided by plaintiff. With the agreement of the parties the following order is entered.

After responding informally to May's questions regarding the damages analysis, plaintiff's agreed to provide May with a copy of the recently signed lease with Lowes, as well as other documents within two (2) weeks or by Friday, May 13, 2005. Defendant will review plaintiff's production and respond to the damages analysis in three (3) weeks or by Friday, June 3, 2005.

The parties will contact the Court in advance of these dates if any issue arises.

A settlement conference is scheduled for Wednesday, June 15, 2005 at 2:00 P.M. The parties will provide ex parte letters to the Court five (5) days in advance of the conference on the status of the case and settlement positions.

SO ORDERED at Bridgeport this 2nd day of May 2005.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE