United States District Court
District of Connecticut

| | | |
|---|---|---|
| Chase Crossroads Waterford Square LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:03-CV-0432 (JCH) |
| The May Dept. Stores Company, | ) | |
| *Defendant* | ) | March 6, 2006 |

## APPEARANCE

*To the Clerk of the Court*:

Please enter my appearance as counsel for the defendant, The May Department Stores Company.

**DEFENDANT
THE MAY DEPARTMENT STORES COMPANY**

By _/s/ Matthew J. Corcoran_
Matthew J. Corcoran
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street
Waterbury, CT
Federal Bar No. ct 24861
Tel.: (203) 596-9030
Facsimile (203) 596-9036
E-mail: mcorcoran@tnrdlaw.com

## Certificate of Service

This will certify that a copy of the foregoing was sent via facsimile and mailed, postage prepaid, this 6th day of March, 2006 to:

Richard P. Weinstein, Esq.
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Facsimile: (860) 521-6150

*[signature]*
Matthew J. Corcoran