UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHASE CROSSROADS WATERFORD SQUARE, LLC, | : : : | CIVIL ACTION NO. 3:03CV00432 (JCH) |
| Plaintiff, | : : | |
| V. | : : | |
| THE MAY DEPARTMENT STORES COMPANY, | : : : | APRIL 26, 2006 |
| Defendant. | : | |

## DISCLOSURE RE:  EXPERT WITNESS

Pursuant to Federal Rules of Civil Procedure 26(2)(A), the plaintiffs in the above-entitled action hereby disclose the following expert witness who may be called upon to give testimony in the course of trial:

1. Ernest A. Porco.  Mr. Porco will testify both as a fact witness and also as an expert witness in regard to aspects of the plaintiff's claim as well as certain aspects that may be asserted by the defendant as suggested in defendant's recent expert disclosure.  Mr. Porco has never testified before as an expert.  His qualifications are as follows:

> Mr. Porco attended the University of Hartford, graduating in 1985 with a B.A. in Accounting.  From 1984 to 1989 he worked at Peat Marwick.  He passed requirements to become a CPA during that period (since lapsed).  During that time, his focal point for work was

real estate clients and banks. In 1989 he commenced employment at Chase Enterprises, becoming a Vice President for Real Estate in 1992.

Mr. Porco is expected to testify as follows: His knowledge regarding commercial real estate and in particular shopping centers in Connecticut; his background and knowledge of the subject shopping center, particularly that area in southeastern Connecticut as well as the competing shopping centers that affect the ability to re-tenant the subject space; the effect of a loss of an anchor tenant in a shopping center and in particular the effect on the subject center; the effect the loss of an anchor tenant on the satellite stores; the need to seek consent from the lender for a replacement tenant and the effort required by the plaintiff to re-tenant the subject space; his involvement to find replacement tenants, identifying potential replacement tenants; the limited response from potential replacement tenants and that at the time of Lowe's proposal there was no other viable replacement tenant as to re-letting the subject space; that the plaintiff was obligated to the satellite stores, to its lender and to itself to attempt to re-tenant the space as soon as possible. The lease with Lowe's was complicated and included having to negotiate the relocation of other tenants, demolishing part of the building, securing planning and zoning as well as wetlands approvals, securing modifications of use restrictions in regard to existing tenants and incurring all of the costs of incidentals for same. The actions

taken were reasonable as to Lowe's tenancy.  Porco will testify as to the damage analysis and the justification for same, including the land which was subject to the Caldor lease and its proration to the Lowe's lease and ultimately the effect on cash flow to the plaintiff.

Mr. Porco will testify as to his criticisms of defendant's expert's report and in particular the failure of defendant's expert to properly weigh the value of the Caldor lease as guarantied versus the Lowe's lease; the inappropriate comparison of the real return to the landlord under the Lowe's lease versus the Caldor lease; the inappropriate time frame utilized by the defendant's expert to the extent that the time frame extends beyond the duration of the Caldor lease; the inappropriate time utilized by Leary for valuing the center, the problems created by the Lowe's lease, including weighing the benefit versus the long term burden of the Lowe's lease.

Porco will testify consistent with the aforesaid, together with all facts that he has previously testified to during his prior deposition, and his efforts to document the damages in the damage analysis, which has been provided to defendant.

- 4 -

PLAINTIFF,
CHASE CROSSROADS WATERFORD
SQUARE, LLC


By_____
   Richard P. Weinstein, Esquire of
   WEINSTEIN & WISSER, P.C.
   29 South Main Street, Suite 207
   West Hartford, CT  06107
   Telephone No. (860) 561-2628
   Facsimile No. (860) 521-6150
   Federal Bar No. ct06215

## **CERTIFICATION**

This is to certify that on the 26th day of April, 2006, a copy of the foregoing was served upon:

Jeffrey J. Tinley, Esquire
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT  06702-1403

_____
Richard P. Weinstein

CHASE\MAY DEPT STORES\DISC EXPERT-PORCO\TM