UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Chase Crossroads Waterford Square LLC,** ) | |
| *Plaintiff* ) | |
| v. ) | D.N.: 03-CV-432 (GLG) |
| **The May Department Stores Company,** ) | |
| *Defendant* ) | May 25, 2006 |

## MOTION FOR EXTENSION OF TIME ON CONSENT

Defendant The May Department Stores Company ("May"), by its undersigned counsel, hereby respectfully moves, pursuant to Rule 7 (b) of the Local Civil Rules of this Court, for a one-week extension of time, to and including June 8, 2006, to file the final pretrial memorandum in this case and represents as follows:

1. Counsel for the plaintiff, Richard Weinstein, Esq., has consented to and joins in this request.

2. This matter is scheduled for a final pretrial on June 28, 2006 and for a courtside trial beginning on July 11, 2006. The requested extension will not affect any other deadlines or the trial date.

3. Counsel for May was engaged in trial in the New Haven federal court until Tuesday of this week. While the parties have begun preparing the final pretrial memorandum in this case and have made substantial progress, they anticipate that the additional time requested will be necessary in order to properly complete the final pretrial memorandum.

4. This is the first request for extension of this deadline.

-1-

## Conclusion

For the foregoing reasons, it is respectfully requested that this motion be granted.

>DEFENDANT
>THE MAY DEPARTMENT STORES COMPANY
>
>By _____
>Jeffrey J. Tinley
>Tinley, Nastri, Renehan & Dost, LLP
>60 North Main Street
>Waterbury, CT
>Federal Bar No. 00765
>Tel.: (203) 596-9030
>Facsimile (203) 596-9036
>E-mail: jtinley@tnrdlaw.com

## Certificate of Service

This will certify that a copy of the foregoing was mailed, postage prepaid, this 25TH day of May, 2006 to:

>Richard P. Weinstein, Esq.
>Weinstein & Wisser, P.C.
>29 South Main Street, Suite 207
>West Hartford, CT 06107

_____
Jeffrey J. Tinley

-2-