UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CHASE CROSSROADS WATERFORD SQUARE, LLC,** | : | **CIVIL ACTION NO.** |
| | : | **3:03CV00432 (JCH)** |
| **Plaintiff,** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **THE MAY DEPARTMENT STORES COMPANY,** | : | **JUNE 8, 2006** |
| **Defendant.** | : | |

## NOTICE OF MANUAL FILING

Please take notice that the plaintiff in the above-referenced matter has manually filed the Exhibits to the parties' Joint Trial Memorandum

This document has not been filed electronically because:

[ ] the document cannot be converted to an electronic format

[X] the electronic file size of the document exceeds 1.5 mb

[ ] The document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b) or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g. Criminal Justice Act Vouchers submitted pursuant to 18 U.S.C. ' 3006A]

[ ] Plaintiff/Defendant is excused from electronically filing this document (or thing) by court order.

The document has been manually served on all parties.

Respectfully submitted,

_____
Jeffrey J. Tinley
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street
Waterbury, CT 06702
Phone: (203) 596-9030
Fax: (203) 596-9036
E-mail: jtinley@tnrdlaw.com
Federal Bar No.: ct00765

## Certificate of Service

This will certify that a copy of the foregoing was mailed, postage prepaid, this 8th day of June, 2006 to:

Richard P. Weinstein, Esq.,
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107

_____
Jeffrey J. Tinley