UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHASE CROSSROADS WATERFORD SQUARE, LLC, : | CIVIL ACTION NO. 3:03CV00432 (JCH) |
| Plaintiff, : | |
| V. : | |
| THE MAY DEPARTMENT STORES COMPANY, : | JUNE 19, 2006 |
| Defendant. : | |

### MOTION TO SUPPLEMENT PRETRIAL MEMORANDUM

The plaintiff in the above-entitled matter hereby moves the Court to allow the plaintiff to supplement the Pretrial Memorandum (dated June 8, 2006) by adding a response to the defendant's claims in Section 6 thereof.

When the Pretrial Memorandum was filed by the defendants, the plaintiff had not reviewed the statement of the defendant's claims set forth in Section 6b of the Pretrial Memorandum as it was filed on the date of the extended deadline. Plaintiff had forwarded its portions of the Pretrial Memorandum to defense counsel a few weeks prior to defense counsel having completed his portion of same. Plaintiff did consent to defendant filing the

memo without review to meet the Court's deadline.  In order to more fully advise the Court of the nature of the dispute, the plaintiff seeks to supply the accompanying brief reply which will better focus the Court on issues in regard to the claims.  Defense counsel has consented to same.

                PLAINTIFF,
                CHASE CROSSROADS WATERFORD
                SQUARE, LLC


                By_____
                  Richard P. Weinstein, Esquire of
                  WEINSTEIN & WISSER, P.C.
                  29 South Main Street, Suite 207
                  West Hartford, CT  06107
                  Telephone No. (860) 561-2628
                  Facsimile No. (860) 521-6150
                  Federal Bar No. ct06215

## **CERTIFICATION**

    This is to certify that on the 19th day of June, 2006, a copy of the foregoing was served upon:

Jeffrey J. Tinley, Esquire
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT  06702-1403


_____
Richard P. Weinstein