UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHASE CROSSROADS WATERFORD SQUARE, LLC, | : : : | CIVIL ACTION NO. 3:03CV00432 (JCH) |
| Plaintiff, | : : | |
| V. | : : | |
| THE MAY DEPARTMENT STORES COMPANY, | : : : | JUNE 21, 2006 |
| Defendant. | : | |

**SUPPLEMENTAL DISCLOSURE RE:  EXPERT REBUTTAL WITNESS**

Plaintiff in the above-entitled matter hereby amends its disclosure in regard to the rebuttal expert, Arnold Grant, by attaching his report dated June 19, 2006.

        PLAINTIFF,
        CHASE CROSSROADS WATERFORD
        SQUARE, LLC


      By_____
        Richard P. Weinstein, Esquire of
        WEINSTEIN & WISSER, P.C.
        29 South Main Street, Suite 207
        West Hartford, CT  06107
        Telephone No. (860) 561-2628
        Facsimile No. (860) 521-6150
        Federal Bar No. ct06215

2

## **CERTIFICATION**

This is to certify that on the 21st day of June, 2006, a copy of the foregoing was served upon:

Jeffrey J. Tinley, Esquire
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT  06702-1403


_____
Richard P. Weinstein

CHASE\MAY DEPT STORES\DISC REBUT EXPERT-GRANT Supp\TM

2