UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHASE CROSSROADS WATERFORD SQUARE, LLC, | : : : | CIVIL ACTION NO. 3:03CV00432 (JCH) |
| Plaintiff, | : : | |
| V. | : : | |
| THE MAY DEPARTMENT STORES COMPANY, | : : : | JULY 5, 2006 |
| Defendant. | : | |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBIT LIST**

Plaintiff in the above-entitled matters hereby submits its objections to the defendant's exhibit list as follows:

| Ex. No. | Description |
|---|---|
| 200 | Italia & Lemp Appraisal of Chase Crossroads Shopping Center<br>Valuation Date January 6, 2006 |
| **OBJECTION** | **Irrelevant and immaterial (although to the extent that the appraisal contains factual aspects that defendant wishes to introduce, plaintiff has no objection.)** |
| | |
| 201 | Letter from Resnikoff / Chase to Caldor, confirming Lease execution and inducement tenant provision dated November 23, 1983 |
| 202 | Letter to Resnikoff / Chase from Caldor, confirming change of commencement date dated May 1, 1984 |

| | |
|---|---|
| 203 | Letter to Resnikoff / Chase from Caldor, confirming change of commencement date, dated June 1, 1984 |
| 204 | Letter from Resnikoff / Chase to Caldor, confirming request to substitute new Lease Plan (w/attachment) dated July 12, 1984 |
| 205 | Letter to Resnikoff / Chase from Caldor, amending Lease to delete Par. 5 (H) (w/attachment), dated December 20, 1984 |
| **OBJECTION** | **It is an unsigned document.** |
| | |
| 206 | Letter to Resnikoff / Chase from Caldor, extending landlord's completion date, dated October 9, 1986 |
| 207 | Letter to Resnikoff / Chase from Caldor, substituting site plan, waiving lease provisions and extending landlord's completion date, dated June 24, 1986 |
| 208 | Letter from Resnikoff / Chase to Caldor, changing rental payment amount, dated November 25, 1987 |
| 209 | Memorandum with eight (8) numbered lease changes, dated November 23, 1983 |
| 210 | Bob's Lease |
| 211 | Withdrawn |
| 212 | Withdrawn |
| 213 | Withdrawn |
| 214 | Withdrawn |
| 215 | Worksheet "Crossroads Ames Replacement by Lowe's" with first page of LOI, dated April 10, 2003 |
| **OBJECTION** | **The concern is either authenticating handwriting or redacting handwriting. (Since this is a bench trial and to the extent the handwriting is not redacted, if defense counsel indicates that the court should not take same into consideration, that is sufficient for plaintiff.)** |
| | |
| 216 | Withdrawn |

| 217 | Letter to Porco from Caldor notifying of rejection of lease in bankruptcy, dated February 14, 2003 |
|---|---|
| 218 | Withdrawn |
| 219 | Withdrawn |
| 220 | CNS R.E. Memorandum to Brawley re: BCF purchase of Lease w/ term sheet of lease modifications, dated February 13, 2003 |
| 221 | Kaye Scholer letter to Atty LoBello re: resolution of all claims against Caldor and its parent, dated October 4, 2000 |
| 223 | Fax dated October 7, 2003 with signed BCF Letter of Intent, dated September 12, 2003 |
| 224 | Bob's Holiday Sale Circular |
| 225 | Letter to Beffa from Brawley with Lease Restrictions in Chase Crossroads Center, dated June 24, 2003 |
| 226 | e-mail from Simon to Zelson w/ Fax to Brawley, dated December 5, 2003 |
| 227 | Fax from Brawley to Zelson w/ signed LOI, dated October 3, 2003 |
| 228 | CNS Fax to Brawley attaching BCF's proposal, dated May 4, 2003 |
| 229 | Brawley Fax to Zelson with comments on BCF proposal, dated September 15, 2003 |
| 230 | Brawley Letter to Zelson with comments on CNS e-mail |
| 231 | Feigenbaum letter to Soshnik re: calculation of BCF deal, dated February 14, 2003 |
| 232 | Comparison sheet showing Ames, Burlington and Lowes [Undated] |
| **OBJECTION** | **Request issue of authenticity, authorship (defense counsel was going to identify the source of that document so that plaintiff's counsel could verify same and indicate whether or not there is an objection.)** |
|  |  |
| 233 | Draft LOI w/ Lowes w/ handwritten notations comparing alternatives |
| 234 | Charter letter to Lowes w/ Chase proposal for Lowes deal, dated April 10, 2003 |

| OBJECTION | The document is incomplete. |
|---|---|
|  |  |
| 235 | e-mail from Beaumont (TJX) to Burton re: Bob's exclusives, dated January 26, 2005 |
| 236 | Right of Entry and Hold Harmless Agreement, dated March 24, 2004 |
| 237 | Memorandum from Brawley to Mellitz re: presentation to Conservation Board, dated September 1, 2004 |
| OBJECTION | As to the handwriting unless identified as representative of plaintiff. |
|  |  |
| 238 | Withdrawn |
| 239 | Worksheet "Crossroads Ames Replacement by Lowes" |
| OBJECTION | As to authenticity and authorship.  Once again defense counsel was going to verify the source of that document. |
|  |  |
| 240 | Markup of Lowe's LOI showing Tenant's counter dated April 10, 2003 |
| OBJECTION | The document is incomplete. |
|  |  |
| 241 | Withdrawn |
| 242 | County Hearing and Balance Letter Agreement dated March 21, 2004 |
| 243 | Deb's Shops Letter Agreement dated March 14 ,2005 |
| 244 | e-mail Mellitz to Porce re: Bob's restrictions and amendment with site plan attached,  dated January 24, 2005 |
| 245 | e-mail Mellitz to Burton re: CAM issue, dated January 27, 2005 |
| 246 | Soshnik letter to Mellitz re: denying liability, dated March 10, 1999 |
| 247 | Mellitz demand letter to May / Soshnik dated March 4, 1999 |
| 248 | Photographs of Chase Crossroads Center w/ Caldor / Ames |

| | |
|---|---|
| 249 | Withdrawn |
| 250 | News report New London Day, "Lowe's Planning Waterford Store, September 9, 2004 |
| 251 | Fax from Zelson to Simon re: Lowe's on hold, dated August 26, 2003 |
| 252 | Plaintiff's Damages Analysis of April 1, 2005 |
| 253 | Plaintiff's Damages Update Letter of October 25, 2005 |
| 254 | Plaintiff's Damages Analysis of November 30, 2005 |
| 255 | Withdrawn |
| 256 | Plaintiff's Damages Analysis of May 2005 |
| 257 | Wilmer Cutler Memo to Brawley, Mellitz re: Open Issues, dated August 30, 2004 |
| **OBJECTION** | **As to the handwriting unless otherwise verified to be from plaintiff's representative.** |
| | |
| 258 | e-mail Burton to Brawley re: open issues, dated January 20, 2005 |
| 259 | Chase (Mellitz) letter to Burton re: open issues dated January 20, 2005 |
| 260 | Withdrawn |
| 261 | Walmart Lease |
| 262 | Withdrawn |
| 263 | Withdrawn |
| 264 | Letter from Chase-Resnikoff to Caldor dated March 10, 1998 re:  store opening |
| 265 | Withdrawn |
| 266 | Withdraw0n |
| 267 | Lobello to Porco Fax dated March 29, 1999 |
| 268 | Withdrawn |
| 269 | Caldor Lease Abstract |
| 270 | Withdrawn |

| | |
|---|---|
| 271 | Withdrawn |
| 272 | Withdrawn |
| 273 | Withdrawn |
| 274 | Withdrawn |
| 275 | Withdrawn |
| 276 | Withdrawn |
| 277 | Withdrawn |
| 278 | Withdrawn |
| 279 | Beffa email to Soshnik June 2, 2003 |
| **OBJECTION** | **As to the handwriting unless otherwise verified to be from plaintiff's representative.** |
| | |
| 280 | Zelson Exhibit 1 from deposition of April 14, 2006 |
| 281 | Zelson Exhibit 2 from deposition of April 14, 2006 |
| 282 | Withdrawn |
| 283 | Withdrawn |
| 284 | Withdrawn |
| 285 | Withdrawn |
| 286 | Letter from Atty Lissy to Porco re: Ames Chapter 11 dated August 21, 2001 |
| 287 | Withdrawn |
| 288 | Plaintiff's Answers to Interrogatories |
| **OBJECTION** | **As to relevance and as to those portions of the subsequent interrogatories and request for admissions which are going to be germane in light of the documents. Defense counsel was to identify any specific portions that would be necessary for the trial, but has not done so as of this date.** |
| | |

| 289 | Plaintiff's Requests for admission |
|---|---|
| **OBJECTION** | **As to relevance and as to those portions of the subsequent interrogatories and request for admissions which are going to be germane in light of the documents. Defense counsel was to identify any specific portions that would be necessary for the trial, but has not done so as of this date.** |
| | |
| 290 | Defendant's Interrogatories and Requests for Production |
| **OBJECTION** | **As to relevance and as to those portions of the subsequent interrogatories and request for admissions which are going to be germane in light of the documents. Defense counsel was to identify any specific portions that would be necessary for the trial, but has not done so as of this date.** |
| | |
| 291 | Ames Chapter 11 Notice of Rejection |
| 292 | Letter from Kagan to Allan-revised lease |
| 293 | Withdrawn |
| 294 | Withdrawn |
| 295 | Letter to Resinkoff from Kuller re: changes in site plan and lease dated June 24, 1986 |
| 296 | Letter to Resinkoff from Kuller re: amendment to lease dated September 9, 1985 |
| **OBJECTION** | **To the extent being offered as an amendment since it is not countersigned.** |
| | |
| 297 | Letter to Resnikoff from Kuller re: amendment to lease dated December 20, 1984 |
| 298 | Withdrawn |
| 299 | Withdrawn |
| 300 | Withdrawn |
| 301 | Withdrawn |

| 302 | Withdrawn |
|---|---|
| 303 | Abstract of Caldor Lease |
| 304 | Memo Re: Caldor Lease, signed by Kuller and Resnikoff dated November 23, 1983 |
| 305 | Chase Crossroads Proof of Claim with supporting documents file stamped March 15, 2002 |
| 306 | Letter to Len Ligoure from Charter Reality re: proposed Lowes deal, dated May 8, 2003 |
| 307 | Withdrawn |
| 308 | Withdrawn |
| 309 | Withdrawn |
| 310 | Withdrawn |
| 311 | Withdrawn |
| 312 | Withdrawn |
| 313 | Withdrawn |
| 314 | Withdrawn |
| 315 | Withdrawn |
| 316 | Fax Carter-Burgess to Zelson/Potvin with Lowe's Plan attached, dated May 3, 2003 |
| 317 | Fax Carter-Burgess to Brawley with Lowe's Plan attached, dated March 31, 2003 |
| OBJECTION | **As to the handwriting unless otherwise verified to be from plaintiff's representative.** |
| | |
| 318 | Fax Zelson to Brawley re: request for proposal dated May 4, 2003 |
| OBJECTION | **As to the issue of whether or not document is complete.** |
| | |
| 319 | Withdrawn |
| 320 | Withdrawn |

| 321 | Schedule: "Lowe's Costs as of December 31, 2005 (total $110,560.32; with supporting documents) |
|---|---|
| 322 | Schedule: "CIP 2090 Construction/Budget Cost As of December 31, 2005 (total $250,713.18; with supporting documents) |
| 323 | Schedule: "CIP 2090 Construction/Budget Cost As of December 31, 2005 (total $253,972.18; with supporting documents) |
| 324 | Schedule: "CIP 2090 Construction/Budget Cost As of December 31, 2005 (total $7,676.53; with supporting documents) |
| 325 | Schedule: "CIP 2090 Construction/Budget Cost As of December 31, 2005 (total $15,899.52; with supporting documents) |
| 326 | Schedule: "Other Deferred Costs, As of March 31, 2006" (with supporting documents) |
| 327 | Mortgage Non Disturbance Agreement |
| **OBJECTION** | **Irrelevant and immaterial** |
| | |
| 328 | Memo of Ground Lease |
| **OBJECTION** | **Irrelevant and immaterial** |
| | |
| 329 | Special Permit Findings Review |
| 330 | Covenants, Conditions and Restrictions |
| 331 | Application and Cert for Payment |
| 332 | Lowes Costs As of December 31, 2005 110,560.32 |
| 333 | TJ Max Letter dated February 15, 2006 |
| 334 | Comparison of BCF (Brawley Ex. 16) |
| 335 | Email Susan Beaumont to Douglas Burton dated January 26, 2005 |
| 336 | Agreement to Enter Into Ground Lease |

        PLAINTIFF,

        CHASE CROSSROADS WATERFORD
        SQUARE, LLC


By_____
    Richard P. Weinstein, Esquire of
    WEINSTEIN & WISSER, P.C.
    29 South Main Street, Suite 207
    West Hartford, CT  06107
    Telephone No. (860) 561-2628
    Facsimile No. (860) 521-6150
    Federal Bar No. ct06215


**CERTIFICATION**

       This is to certify that on the 5th day of July, 2006, a copy of the foregoing was served upon:

Jeffrey J. Tinley, Esquire
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT  06702-1403


        _____
        Richard P. Weinstein

- 11 -

Case 3:03-cv-00432-JCH     Document 66     Filed 07/06/2006     Page 11 of 11

- 11 -