UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| CHASE CROSSROADS WATERFORD SQUARE, LLC, | : | CIVIL ACTION NO. |
|---|---|---|
| Plaintiff, | : | 3:03CV00432 (JCH) |
| V. | : | |
| THE MAY DEPARTMENT STORES COMPANY, | : | JUNE 27, 2006 |
| Defendant. | : | |

### DEFENDANT THE MAY COMPANY DEPARTMENT STORE'S STATEMENT OF OBJECTIONS TO PLAINTIFF'S PROPOSED EXHIBITS

| # | Date | Description |
|---|---|---|
| 1. | 11-23-83 | Lease between Resnikoff and Chase and Caldor with amendments<br><br>**NO OBJECTION** |
| 2. | 11-23-83 | Lease guaranty by Associated Dry Goods<br><br>**NO OBJECTION** |
| 3. | 2-11-99 | Warranty Deed from Chase and Resnikoff to Chase Crossroads Waterford Square, LLC<br><br>**NO OBJECTION** |
| 4. | 2-11-99 | Assignment and Assumption Agreement from Chase and Resnikoff to Chase Crossroads Waterford Square, LLC<br><br>**NO OBJECTION** |
| 5. | 4-8-99 | Assignment and Assumption Agreement from Caldor to Ames<br><br>**NO OBJECTION** |

| 6. | 9-30-02 | Letter from Feigenbaum to Soshnik re: guaranty and Ames Bankruptcy |
|---|---|---|
| | | **OBJECTION - Relevance.** This document is an attorney's letter, sent from counsel for Chase to May in-house counsel during the pendency of the Ames bankruptcy cases, putting May on notice of Chase's intention to hold May responsible for any failure of Ames to pay under the lease. Such a demand letter proves nothing relevant to the issues in this case. |
| 7. | 2-13-03 | Letter from Feigenbaum to Soshnik re: Burlington Coat Factory |
| | | **NO OBJECTION** |
| 8. | 2-14-03 | Letter from Feigenbaum to Soshnik re: Lease Guaranty |
| | | **NO OBJECTION** |
| 9. | 2-14-03 | Notice of Rejection of Leases – Ames to Brawley |
| | | **NO OBJECTION** |
| 10. | 2-14-03 | Letter from Feigenbaum to Soshnik re: Chase analysis of Burlington proposal' |
| | | **NO OBJECTION** |
| 11. | 2-24-03 | Letter from Feigenbaum to Soshnik re: May rejection of assignment of Ames Lease |
| | | **NO OBJECTION** |
| 12. | 3-1-03 | Letter from Chase to Zelson – engagement letter |
| | | **NO OBJECTION** |

| | | |
|---|---|---|
| 13. | 3-27-03 | Letter from May/Korn to Feigenbaum re: extension to plead<br><br>**OBJECTION - Relevance.** This letter merely confirms an initial agreement to extend the time to file a responsive pleading in this case. As such, it has no bearing on the issues in dispute. |
| 14. | 4-29-03 | Letter from Feigenbaum to May/Korn re: new Burlington Proposal<br><br>**NO OBJECTION** |
| 15. | 5-7-03 | Letter from Soshnik to Feigenbaum re: Burlington proposal<br><br>**NO OBJECTION** |
| 16. | 7-24-03 | Fax from Zelson to Brawley re: Marketing Package<br><br>**NO OBJECTION** |
| 17. | 7-25-03 | Fax of photos showing space available with signage<br><br>**NO OBJECTION** |
| 18. | 10-1-03 | E-mail from Cliff Simon to Zelson<br><br>**NO OBJECTION** |
| 19. | 10-5-04 | Memorandum – Brawley to Porco re: Burlington Coat<br><br>**NO OBJECTION** |
| 20. | 1-10-96 | Internal May document re: Caldor Contingent Liability<br><br>**OBJECTION - Relevance.** This internal May Company document is a spreadsheet reflecting basic data, such as square footage, lease term, minimum rent, and the likelihood of assumption or rejection of the lease in banruptcy, with respect to a number of former Caldor locations. As such, it has no bearing on the issues in dispute. |

| | | |
|---|---|---|
| 21. | 7-1-04 | Internal May document re: Caldor/Venture Lease Liability<br><br>**OBJECTION - Relevance.** This internal May Company document is a spreadsheet reflecting estimated exposure with respect to a number of former Caldor locations, based upon stated hypothetical assumptions. As such, it has no bearing on the issues in dispute. |
| 22. | | Plot or survey pre-Lowe's<br><br>**NO OBJECTION** |
| 23. | | Plot or survey post-Lowe's<br><br>**NO OBJECTION** |
| 24. | | Summary of damages<br><br>**OBJECTION – Foundation, relevance;** assumes facts not in evidence; speculative; based upon incomplete hypothetical scenarios; reflects claims for which there is no factual or legal basis. |

DEFENDANT
THE MAY DEPARTMENT STORES COMPANY

By /s/ Jeffrey J. Tinley
Jeffrey J. Tinley
Tinley, Nastri, Renehan & Dost
60 North Main Street, 2nd floor
Waterbury, CT 06702
Telephone: (203) 596-9030
Facsimile: (203) 596-0036
E-mail: jtinley@tnrdlaw.com
Federal Bar No.: ct00765

## Certificate of Service

This will certify that a copy of the foregoing was hand delivered this 27th day of June, 2006 to:

Richard P. Weinstein, Esq.,
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107

_____
Jeffrey J. Tinley