# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHASE CROSSROADS WATERFORD SQUARE, LLC, | : CIVIL ACTION NO. |
| | : 3:03CV00432 (JCH) |
| Plaintiff, | : |
| V. | : |
| THE MAY DEPARTMENT STORES COMPANY, | : JULY 14, 2006 |
| Defendant. | : |

## PLAINTIFF'S MOTION FOR PERMISSION TO AMEND PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

The plaintiff in the above-entitled matter hereby moves the Court to allow the plaintiff to amend its Proposed Findings of Fact and Conclusions of Law (dated June 23, 2006).  Specifically, the plaintiff requests permission to file the accompanying Amended Proposed Findings of Fact and Amended Conclusions of Law, which add Paragraph 41 to the plaintiff's proposed findings of fact and a corresponding Paragraph 8 to the plaintiff's proposed conclusions of law.  Both amendments pertain to a matter that was inadvertently overlooked when the original document was prepared.  Both amendments are based on the express language of the operative guarantee

1

agreement and consequently present no issue of unfair surprise or undue prejudice to the defendant.

                PLAINTIFF,
                CHASE CROSSROADS WATERFORD
                SQUARE, LLC


                By_____
                   Richard P. Weinstein, Esquire of
                   WEINSTEIN & WISSER, P.C.
                   29 South Main Street, Suite 207
                   West Hartford, CT  06107
                   Telephone No. (860) 561-2628
                   Facsimile No. (860) 521-6150
                   Federal Bar No. ct06215


## **CERTIFICATION**

This is to certify that on the 14th day of July, 2006, a copy of the foregoing was served upon:

Jeffrey J. Tinley, Esquire
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT  06702-1403


                _____
                Richard P. Weinstein