FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2006 DEC -8 A 11:40

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| CHASE CROSSROADS WATERFORD SQUARE, LLC, | : | CIVIL ACTION NO. 3:03CV00432 (JCH) |
|---|---|---|
| Plaintiff, | : | |
| V. | : | |
| THE MAY DEPARTMENT STORES COMPANY, | : | December 7, 2006 |
| Defendant. | : | |

## PLAINTIFF'S REVISED EXHIBIT LIST

| 1. | 11-23-83 | Lease between Resnikoff and Chase and Caldor |
|---|---|---|
| 1A. | 11-23-83 | Memorandum – Lease between Caldor and Resnikoff-Chase |
| 1B. | 11-23-83 | Letter Agreement by Alan Kuller and Israel Resnikoff and David T. Chase |
| 1C. | 05-01-84 | Letter Agreement by Alan Kuller and Israel Resnikoff and David T. Chase |
| 1D. | 06-01-84 | Letter Agreement by Alan Kuller and Israel Resnikoff and David T. Chase |
| 1E. | 07-12-84 | Letter Agreement by Israel Resnikoff and David T. Chase and Caldor, Inc. w/attachment |
| 1F | 12-20-84 | Letter re Amendment to Lease by Alan Kuller to David T. Chase and Israel M. Resnikoff w/attachment |
| 1G | 09-09-85 | Letter re Amendment to Lease by Alan Kuller to David T. Chase and Israel M. Resnikoff w/attachment |
| 1H | 10-09-86 | Letter from Alan Kuller to David T. Chase and Israel M. Resnikoff |
| 1I | 06-24-86 | Letter from Alan Kuller to David T. Chase and Israel M. Resnikoff |

| 1J | 11-25-87 | Letter Agreement by David T. Chase and Israel M. Resnikofff and Caldor, Inc. |
|---|---|---|
| 2. | 11-23-83 | Lease guaranty by Associated Dry Goods |
| 3. | 2-11-99 | Warranty Deed from Chase and Resnikoff to Chase Crossroads Waterford Square, LLC |
| 4. | 2-11-99 | Assignment and Assumption Agreement from Chase and Resnikoff to Chase Crossroads Waterford Square, LLC |
| 5. | 4-8-99 | Assignment and Assumption Agreement from Caldor to Ames |
| 6. | 9-30-02 | Letter from Feigenbaum to Soshnik re: guaranty and Ames Bankruptcy |
| 7. | 2-13-03 | Letter from Feigenbaum to Soshnik re: Burlington Coat Factory |
| 8. | 2-14-03 | Letter from Feigenbaum to Soshnik re: Lease Guaranty |
| 9. | 2-14-03 | Notice of Rejection of Leases – Ames to Brawley |
| 10. | 2-14-03 | Letter from Feigenbaum to Soshnik re: Chase analysis of Burlington proposal' |
| 11. | 2-24-03 | Letter from Feigenbaum to Soshnik re: May rejection of assignment of Ames Lease |
| 12. | 3-1-03 | Letter from Chase to Zelson – engagement letter |
| 13. | | Withdrawn |
| 14. | 4-29-03 | Letter from Feigenbaum to May/Korn re: new Burlington Proposal |
| 15. | 5-7-03 | Letter from Soshnik to Feigenbaum re: Burlington proposal |
| 16. | 7-24-03 | Fax from Zelson to Brawley re: Marketing Package |

| 17. | 7-25-03 | Fax of photos showing space available with signage |
| 18. | 10-1-03 | E-mail from Cliff Simon to Zelson |
| 19. | 10-5-04 | Memorandum – Brawley to Porco re: Burlington Coat |
| 20. | 1-10-96 | Internal May document re: Caldor Contingent Liability |
| 21. | 7-1-04 | Internal May document re: Caldor/Venture Lease Liability |
| 22. | | Plot or survey pre-Lowe's |
| 23. | | Plot or survey post-Lowe's |
| 24. | | Summary of damages |
| 25. | 02/01/1999 | Estoppel Certificate |

The plaintiff reserves its right to claim attorney's fees after decision on underlying liability.

PLAINTIFF,
CHASE CROSSROADS WATERFORD
SQUARE, LLC

By /s/
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Federal Bar No. ct06215

## CERTIFICATION

This is to certify that on this 7th day of December, 2006, a copy of the foregoing was served upon:

Jeffrey J. Tinley, Esquire
Tinley, Nastri, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT 06702-1403

_____
Richard P. Weinstein