UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2007 JAN 23 A 11: 50

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| CHASE CROSSROADS WATERFORD WATERFORD SQUARE, LLC<br>Plaintiff<br>vs.<br>THE MAY DEPARTMENT STORES COMPANY<br>Defendant | :<br>:<br>:<br>:   Case No. 303 CV 0432 JCH<br>:<br>:<br>:   January 22, 2007 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, plaintiff Chase Crossroads Waterford Square, LLC and Defendant The May Department Stores Company, through their respective undersigned counsel, hereby stipulate to the dismissal of this action, with prejudice, with each party to bear their own fees and costs.

PLAINTIFF
CHASE CROSSROADS
WATERFORD SQUARE, LLC

By _____
Richard P. Weinstein, Esq.,
Weinstein & Wisser PC
29 South Main Street, Suite 207
West Hartford, CT 06107
Tel. (860) 561-2628
Facsimile No. (860) 521-6150
Federal Bar No. ct06215

DEFENDANT
THE MAY DEPARTMENT
STORES COMPANY

By _____
Jeffrey J. Tinley
Tinley, Nastri, Renehan & Dost
60 North Main Street, 2nd floor
Waterbury, CT 06702
Tel. (203) 596-9030
Facsimile (203) 596-0036
Federal Bar No. 00765

## Certificate of Service

This will certify that a copy of the foregoing was mailed, postage prepaid, this 22nd day of January 2007 to:

Richard P. Weinstein, Esq.,
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107

_____
Jeffrey J. Tinley